# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM LEE GRANT, II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al,<br><br>　　　　Defendants. | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION**<br><br>Case No. 2:19-cv-00736-DAK<br><br>Judge Dale A. Kimball |

　　　　This case was assigned to United States District Judge Dale A. Kimball, who referred it to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On October 17, 2019, Magistrate Judge Pead issued a Report and Recommendation concluding that Plaintiff's complaint should be dismissed pursuant to the screening provisions of 28 U.S.C. § 1915 for being frivolous and for failing to state a claim upon which relief may be granted. The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. On October 25, 2019, Plaintiff filed his objections.

　　　　The court has reviewed the case *de novo*, and the court agrees with the Report and Recommendation in its entirety. Plaintiff's objections do not specifically address the legal analysis in Magistrate Judge Pead's Report and Recommendation, nor do they articulate any cognizable reason for why the court should not adopt the Report and Recommendation. Instead, Plaintiff merely lists various federal statutes and amendments to the Constitution that he claims serve as a basis for his complaint. Because Plaintiff's objections are unavailing, the court

concludes that Plaintiff's complaint fails to state a claim for the reasons listed in Magistrate Judge Pead's Report and Recommendation.

The court therefore adopts and affirms the Report and Recommendation in its entirety as the Order of the court. Accordingly, Plaintiff's Complaint is hereby DISMISSED pursuant to the screening provisions of 28 U.S.C. § 1915.

Dated this 7th day of November, 2019.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge